UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY BROSCH,

    Plaintiff,

v.

,

    Defendant.

Case No. 21-cv-03025-PJH

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner in Florida proceeding pro se, filed a civil action. Plaintiff was sent a notice that she had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). She was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: June 7, 2021

                                        /s/ Phyllis J. Hamilton
                                      PHYLLIS J. HAMILTON
                                      United States District Judge